1  KATE S. GOLD (SBN 156117)
   Kate.Gold@dbr.com
2  DRINKER BIDDLE & REATH LLP
   1800 Century Park East
3  Suite 1500
   Los Angeles, CA 90067-1517
4  Telephone:  (310) 203-4000
   Facsimile:  (310) 229-1285
5
   JAIME D. WALTER (SBN 281066)
6  Jaime.Walter@dbr.com
   DRINKER BIDDLE & REATH LLP
7  50 Fremont Street, 20th Floor
   San Francisco, CA 94105-2235
8  Telephone:  (415) 591-7500
   Facsimile:  (415) 591-7510
9
   Attorneys for Defendant
10 BED BATH & BEYOND, INC.

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13

14 TAYLOR MAGAZINER,                    | Case No. _____
                                        |
15                 Plaintiff,           | Placer County Superior Court Case No.
                                        | SCV0039281
16    v.                                |
                                        | **DECLARATION OF LISA HERKNESS IN
17 BED BATH & BEYOND, INC., and         | SUPPORT OF BED BATH & BEYOND,
   DOES 1 through 5, inclusive,         | INC.'S REMOVAL OF CIVIL ACTION TO
18                                      | FEDERAL COURT**
                   Defendants.          |
19                                      | Complaint Filed: March 20, 2017
                                        | Trial Date: None Set
20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &   DECLARATION OF LISA HERKNESS ISO                                    CASE NO. _____
   REATH LLP       REMOVAL OF CIVIL ACTION TO FED. COURT
ATTORNEYS AT LAW
  LOS ANGELES

I, LISA HERKNESS, declare as follows:

1. I am employed as defendant Bed Bath & Beyond, Inc.'s ("BBBY") Regional HR Director—West and Northwest Regions. Except as expressly provided otherwise below, I have personal knowledge of the following facts and, if called as a witness, could and would testify competently to them. I make this declaration in support of Bed Bath & Beyond, Inc.'s Notice of Removal and Removal of Civil Action to Federal Court.

2. I was hired by BBBY on or about January 12, 1998, as a Regional HR Manager. Approximately twelve years ago, BBBY promoted me to Regional HR Director. In both of my positions, I was and am involved in providing human resources and/or payroll support to BBBY employees. The territories I have overseen have always included the state of California.

3. In my role as Regional HR Director, I am familiar with BBBY's personnel, timekeeping, and payroll policies and practices applicable to employees in the West and Northwest Regions (including Placer County, California) and that were in effect between June 2011 and June 2016. In addition, in my current role, I am familiar with BBBY's maintenance of electronic payroll and personnel records.

4. Since before June 2011, BBBY has maintained payroll and personnel records regarding its California employees. These records are generated at or near the times of the events and/or information that they record and are kept and maintained in the regular course of business by individuals with personal knowledge concerning the information contained therein. Among other information, these records contain information regarding dates of employment, rates of pay, addresses, and the manner and frequency by which they are paid. BBBY has the capability to generate reports regarding the information contained in those records. I am familiar with these reports. In my role, I have regular access to BBBY's payroll records, as well as to reports run from those records.

5. I have reviewed the records kept in the normal course of business that relate to plaintiff Taylor Magaziner ("Magaziner"). From those records and/or reports generated in the regular course of business based on those records, I have ascertained the information provided in

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF LISA HERKNESS ISO
REMOVAL OF CIVIL ACTION TO FED. COURT

- 2 -

CASE NO. _____

1  paragraphs 6–9 below.

2      6.    Magaziner's address at the time of the termination of his employment was 1731 Timberline Ridge Drive, El Dorado Hills, California 95762.

    7.    Magaziner's employment with BBBY began on June 27, 2011, and ended on June 30, 2016.

    8.    BBBY paid Magaziner on a salary basis. As of May 7, 2013, Magaziner's annual salary was $52,224.12. As of May 7, 2014, his annual salary was $56,402.06. As of May 6, 2015, his annual salary was $57,643.04. As of May 3, 2016, his annual salary was $58,911.32.

    9.    During the period from March 20, 2016, to June 30, 2016, BBBY paid Magaziner on a biweekly basis; there were eight pay periods and corresponding wage statements during this period.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 26th day of June, 2017, in Oceanside, California.

_____
LISA HERKNESS